# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:14-CR-383 |
| | ) | |
| PATRICK FRIEDEL, | ) | Honorable T.S. Ellis III |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Allen Dale, Esq.

You are hereby notified that on September 8, 2017, at 9:00 a.m., or as soon thereafter as the United States may be heard, the United States will move this Court for an Order in accordance with the attached motion filed under seal.

                                       Respectfully submitted,

                                       Dana J. Boente
                                       United States Attorney

By    /s/ Michael J. Songer
        Michael J. Songer
        Special Assistant United States Attorney
        Tracy Doherty-McCormick
        First Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: (703) 299-3700
        Email: Michael.Songer2@usdoj.gov